**Order filed October 23, 2014**



In The

# Fourteenth Court of Appeals

## NO. 14-13-01063-CV
_____

### IN THE INTEREST OF S.A.H., A CHILD, Appellant

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2006-75715**

## O R D E R

The clerk's record was filed December 18, 2013 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Exhibit 1 - original petition to adjudicate parentage filed November 29, 2006 in the 245th judicial district, cause no. 2006-75715.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before November 3, 2014, containing Exhibit 1— original petition to adjudicate parentage filed November 29, 2006 in the 245th judicial district, cause no. 2006-75715.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM